AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Maria Medina, et. al.<br>Plaintiff<br>v.<br>City of Menlo Park, et. al.<br>Defendant | Civil Action No. |

## Summons in a Civil Action

To: *(Defendant's name and address)*
City of Menlo Park; Jonathan Baxter, individually and as an officer of the Menlo Park Police Department; Nicholas Douglas, individually and as an officer of the Menlo Park Police Department, Ronald Prickett, individually and as an officer of the Menlo Park Police Department, Thomas Crutchfield, individually and as an officer of the Menlo Park Police Department, Joshua Venzon, individually and as an officer of the Menlo Park Police Department, and Does 1 through 50, inclusive

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Arturo J. González
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
Helen L. Almacen

Date: AUG 1 8 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*
American LegalNet, Inc.
www.FormsWorkflow.com

## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

MARIA MEDINA, WALTER CAMPOS, HECTOR LUIS VALENCIA, JAVIER ANGUIANO, SAMUEL SALGADO, RODOLFO MEDINA, JOEL ANTONIO VASQUEZ-MEDINA, JOSE JESUS ESPINOSA, FRANCISCO LEON, OSCAR CAMPOS,

        Plaintiffs,

v.

CITY OF MENLO PARK; JONATHAN BAXTER, individually and as an officer of the Menlo Park Police Department; NICHOLAS DOUGLAS, individually and as an officer of the Menlo Park Police Department, RONALD PRICKETT, individually and as an officer of the Menlo Park Police Department, THOMAS CRUTCHFIELD, individually and as an officer of the Menlo Park Police Department, JOHSUA VENZON, individually and as an officer of the Menlo Park Police Department, and DOES 1 through 50, inclusive,

        Defendants.