ARTURO J. GONZALEZ (SBN 121490)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : MARIA MEDINA
Defendant : CITY OF MENLO PARK

Ref#: 242110   *   **PROOF OF SERVICE**   *   Case No.: CV 08-3946 PVT

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION; MALICIOUS PROSECUTION; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE UNITES TATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

   Party served    : CITY OF MENLO PARK

   By serving      : William L. McClure, Esq., City Attorney

   Address         : City Attorney, Menlo Park
                     1100 Alma Street, Suite 210
                     Menlo Park, CA 94025

   Date of Service: August 19, 2008

   Time of Service: 4:37 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $155.20
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 20, 2008                                  Signature