1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   KENNETH W. BRAKEBILL (CA SBN 196696)
2  NATALIE NAUGLE (CA SBN 240999)
   SARINA SALUJA (CA SBN 253781)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MEDINA, WALTER CAMPOS, HECTOR LUIS VALENCIA, JAVIER ANGUIANO, SAMUEL SALGADO, RODOLFO MEDINA, JOEL ANTONIO VASQUEZ-MEDINA, JOSE JESUS ESPINOSA, FRANCISCO LEON, OSCAR CAMPOS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MENLO PARK; JONATHAN BAXTER, individually and as an officer of the Menlo Park Police Department; NICHOLAS DOUGLAS, individually and as an officer of the Menlo Park Police Department, RONALD PRICKETT, individually and as an officer of the Menlo Park Police Department, THOMAS CRUTCHFIELD, individually and as an officer of the Menlo Park Police Department, JOHSUA VENZON, individually and as an officer of the Menlo Park Police Department, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  C 08-03946 PVT<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. CAL. LOCAL RULE 3-16]**<br><br>The Hon. Patricia V. Trumbull<br><br>Complaint filed:   August 18, 2008 |

1  Pursuant to Civil L.R. 3-16, Plaintiffs Maria Medina, Walter Campos, Hector Luis
2  Valencia, Javier Anguiano, Samuel Salgado, Rodolfo Medina, Joel Antonio Vasquez-Medina,
3  Jose Jesus Espinosa, Francisco Leon and Oscar Campos ("Plaintiffs"), through their counsel,
4  hereby certify that, as of this date, other than the named parties, there is no such interest to report.

Dated: August 28, 2008

ARTURO J. GONZÁLEZ
KENNETH W. BRAKEBILL
NATALIE NAUGLE
SARINA SALUJA
MORRISON & FOERSTER LLP

By:   /s/ Natalie Naugle
      Natalie Naugle

Attorneys for Plaintiffs

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C 08-03946 PVT
sf-2567001

1

**PROOF OF SERVICE BY MAIL**
(Code Civ. Proc. secs. 1013(a), 2015.5)

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

> William L. McClure
> City Attorney, Menlo Park
> 1100 Alma St.
> Suite 210
> Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at San Francisco, California, this 28th day of August, 2008.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Natalie Naugle, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Carol J. Peplinski has read and approved this Proof of Service and consents to its filing in this action.

Dated: August 28, 2008.

MORRISON & FOERSTER LLP

/s/ Natalie Naugle
Natalie Naugle

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C 08-03946 PVT
sf-2567001

2